Motion for Extension.

FILED

2011 JAN 12 P 1: 10

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

In re: )
) Chapter 7
AJMAL JAHED ) Case No. 10-18033-SSM
)
Debtor )

## MOTION FOR EXTENSION
TO PURSUE OTHER LEGAL COUNSEL

The undersigned respectfully moves the Court for an extension of more time for the above entitled case. The grounds for this motion are as follows:

1. Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on 23 September 2010.

2. Debtor currently has no counsel or representation and faces stress due to lack of knowledge in bankruptcy matters.

3. Debtor does not have the ability to continue filing without proper representation and without necessary resources.

WHEREFORE, Debtor in the above-mentioned case hereby moves to extend petition for bankruptcy.

DATED this 12 day of January, 2011.

By: _____
Ajmal Jahed

Form B16B
12/94

UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

In re AJMAL JAHED,
Debtor

Case No. 10-18033-SSM

Chapter 7

# Certificate of Service

I hereby certify that on this 12th day of January 2011, all known creditors will be mailed a copy of the Motion For Extension To Pursue Other Legal Counsel.

By: [signature]

AJMAL JAHED