UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re: ) Case No. 10-18033-SSM
)
    AJMAL JAHED ) Chapter 7
)
    Debtor. )

**ORDER GRANTING MOTION OF AMIR RAMINPOUR TO
WITHDRAW AS COUNSEL OF RECORD**

    This matter came before the Court upon the Motion of Amir Raminpour, to withdraw as counsel for the Debtor in connection with the above captioned case and it;

    Appearing to the Court, that good cause exists for granting counsel's Motion, it is hereby;

    ORDERED that Amir Raminpour is no longer counsel for the Debtor in the above captioned case and shall no longer be counsel of record.

Date:_____ _____
                                                                                  The Honorable Stephen S. Mitchell
                                                                                   United States Bankruptcy Judge

I ask for this:

/s/ Amir Raminpour
Amir Raminpour VSB# 78955
Raminpour Lee, LLP
8500 Leesburg Pike, Suite 409
Vienna, Virginia 22182
Tel. (703) 942-6464

Seen:

_____
Ajmal Jahed