# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| In re: | **Case Number** 10–18033–SSM |
| Ajmal Jahed | **Chapter** 13 |
| Debtor(s) | |

### NOTICE TO SHOW CAUSE

| | |
|---|---|
| **TO:** *Debtor(s)* | Ajmal Jahed, 5912 Brill Court<br>Falls Church, VA 22041 |
| *Attorney for Debtor(s)* | Not Represented by Attorney |
| *Trustee* | Thomas P. Gorman, 300 N. Washington St. Ste. 400<br>Alexandria, VA 22314 |
| *United States Trustee* | 115 S. Union Street, Suite 210, Alexandria, VA, 22314 |

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* May 11, 2011
*Time:* 01:30 PM
*Location:* Judge Mitchell's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*63* − Order Granting Motion to Convert Case to Chapter 13 (Related Doc # [47]) Plan Due 4/25/2011. Statement of Current Monthly Income Official Form B22 due: 4/25/2011. (Shepherd, Anthony)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

| | |
|---|---|
| Dated: April 27, 2011 | William C. Redden, Clerk<br>United States Bankruptcy Court |
| | By: /s/Anthony Shepherd, Deputy Clerk |

```
                            United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                              Case No. 10-18033-SSM
Ajmal Jahed                                                         Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0422-9          User: shepherda              Page 1 of 1                  Date Rcvd: Apr 27, 2011
                              Form ID: showcaus            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2011.
db           +Ajmal Jahed,    5912 Brill Court,   Falls Church, VA 22041-2546
tr           +Kevin R. McCarthy,    1751 Pinnacle Drive Suite 1115,    McLean, VA 22102-3845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2011**                              **Signature:** _/s/ Joseph Speetjens_